FILED
CLERK U.S. DISTRICT COURT
OCT 30 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR99-750 TJH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Nicholas Rudd(?) | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| Defendant. | ) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//
//

1   The court concludes:

2   A.   ( )   Defendant poses a risk to the safety of other persons or the community
3            because defendant has not demonstrated by clear and convincing
4            evidence that:

6,7          *see PSR report*

10  (B)  (✓)   Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:

13,14        *per PSR report*

17          IT IS ORDERED that defendant be detained.

19  DATED: 10/30/12

            /s/ Stephen J. Hillman
            STEPHEN J. HILLMAN
            UNITED STATES MAGISTRATE JUDGE

2